**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Steven LAMBRECHT,**
**Defendant-Appellant.**

**No. 77-1779.**

United States Court of Appeals,
Ninth Circuit.

Jan. 4, 1979.

David F. Stobaugh, Seattle, Wash., for defendant-appellant.

Charles Pinnell, Asst. U. S. Atty., Seattle, Wash., for plaintiff-appellee.

Before DUNIWAY and KILKENNY, Circuit Judges, and SKOPIL,* District Judge.

PER CURIAM:

This court now having decided the case of *Cooper v. Fitzharris*, 9 Cir., 1978, *in banc*, 586 F.2d 1325, this case is submitted for decision.

The order appealed from, denying Lambrecht's motion for a new trial, is vacated and the case is remanded to the district court for further consideration in the light of this court's opinion in *Cooper v. Fitzharris, supra.*

* The Honorable Otto R. Skopil, Jr., Chief Judge, United States District Court for the District of Oregon, sitting by designation.